AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| John Doe, on behalf of himself and others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> New York University <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-09187 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  New York University
c/o Office of the General Counsel
Bobst Library
70 Washington Square South, 11th Floor
New York, New York 10012


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald A. Berutti
Murray-Nolan Berutti LLC
30 Wall Street, 8th Floor
New York, New York 10005
(212) 575-8500
ron@murray-nolanberutti.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*