UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN DOE,
                              Plaintiff,

-against-                                23 Civ. 9187 (LGS)

                                  ORDER
NEW YORK UNIVERSITY,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff initiated this action by filing a Complaint on October 19, 2023. Plaintiff appears to seek to proceed under a pseudonym, as the Complaint identifies Plaintiff as "John Doe." Pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions ("ECF Rules"), such a proceeding must be commenced as a miscellaneous case with leave from the Court to proceed using a pseudonym. It is hereby

       **ORDERED** that this action is dismissed for failure to comply with ECF Rules 6 and 14. Plaintiff may commence a new action in accordance with ECF Rules 6 and 14. Plaintiff is referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in commencing the action.

       The Clerk of Court is respectfully directed to close this case.

Dated: October 24, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE